

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Miranda Renea Kelso, Appellant

No. 06-17-00184-CR          v.

The State of Texas, Appellee

Appeal from the 40th District Court of Ellis County, Texas (Tr. Ct. No. 41162CR). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of court costs in this case only. As modified, we affirm the trial court's judgment.

We further order that the appellee pay all costs of this appeal.

RENDERED SEPTEMBER 28, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk